

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00132-CV

---

DREAMCATCHERS REALTY, LLC AND ANNA MASTRANTONI, APPELLANTS

V.

TURNKEY VACATION RENTALS, LLC, APPELLEE

---

On Appeal from the 353rd District Court
Travis County, Texas
Trial Court No. D-1-GN-22-001711, Honorable Maria Cantú Hexsel, Presiding

---

April 30, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellants, Dreamcatchers Realty, LLC and Anna Mastrantoni, appeal from the trial court's *Order Granting Defendant Turnkey Vacation Rentals, LLC's Motion for Summary Judgment.*[1]  Now pending before this Court is Appellants' motion seeking voluntary dismissal of the appeal.  The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will

---

[1] Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion.  The appeal is dismissed.  Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellants.  *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam